AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Nathanael Lenard Reynolds | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:16-cv-00512-BHH |
| Sheriff Al Cannon, Sgt. Luke, Officer Habersham | ) |
| *Defendants* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: summary judgment is entered in favor of Defendants, Sheriff Al Cannon, Sgt. Luke, and Officer Habersham. Plaintiff, Nathanael Lenard Reynolds, shall take nothing of Defendants as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding. The Court having adopted the Report and Recommendations set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge, and granted Defendants' motion for summary judgment.

Date:   February 21, 2017                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                s/S. Samsa
                                                        *Signature of Clerk or Deputy Clerk*